**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**PHILIP C. GALBO and**<br>**LARRY SOLBERG,**<br><br>**Defendants.** | **CIVIL ACTION**<br>**NO. 07-245-S** |

**MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**

Plaintiff Securities and Exchange Commission (the "Commission"), pursuant to Federal Rule of Civil Procedure 15(a), hereby moves for leave to file the attached Second Amended Complaint to correct a clerical error in the Amended Complaint. In support of its motion, the Commission states as follows:

1. The Commission filed this settled enforcement action on June 29, 2007. Counsel identified a clerical error in the Compliant on Monday July 2, 2007 with regards to the wording in the First Claim. Counsel for the Commission filed an Amended Complaint to correct the error. Unfortunately, the clerical error was not completely addressed with the Amended Complaint, and thus, the Commission now seeks leave to file the Second Amended Complaint to finally and to fully address the issue and to make clear that the defendants are being charged with negligent conduct.

2. Counsel for the Commission has conferred with counsel representing both defendants and they indicated that they have no objection to this motion.

**Conclusion**

Based on the above, counsel for the Commission respectfully requests leave to file the attached Second Amended Complaint and requests that the Court order the clerk to enter the pleading on the docket.

Respectfully submitted,

/s/ R. Daniel O'Connor
R. Daniel O'Connor
Senior Trial Counsel
oconnord@sec.gov

Scott D. Pomfret
Branch Chief
pomfrets@sec.gov

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
33 Arch Street, 23rd Floor
Boston, MA 02110
(617) 573-8979
(617) 424-5940 fax

Dated: July 2, 2007

**Certificate of Service**

I, R. Daniel O'Connor, certify that on July 3, 2007, a copy of the foregoing document will be sent by US mail to counsel for the defendants as indicated:

Scott D. Corrigan, Esq.
Wiggin and Dana LLP
450 Lexington Avenue, Suite 3800
New York, NY 10017-3913
(Counsel for Larry Solberg)

Andrea Robinson, Esq.
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
(Counsel for Philip C. Galbo)

/s/ R. Daniel O'Connor